UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| JAMES N. EVEY,<br><br>    Plaintiff,<br><br>v.<br><br>CREATIVE DOOR & MILLWORK, LLC<br>a Florida Limited Liability Company, and<br>CREATIVE DOOR & MILLWORK<br>INSTALLATIONS, LLC, a Florida Limited<br>Liability Company,<br><br>    Defendants. | CASE NO: 2:15-cv-441-FtM-29-MRM |

**MOTION TO DISMISS COUNTS I, II, AND V OF PLAINTIFF'S COMPLAINT**

  Defendants, CREATIVE DOOR & MILLWORK, LLC and CREATIVE DOOR & MILLWORK INSTALLATIONS, LLC, by and through their undersigned counsel and pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, file this Motion to Dismiss Counts I, II and V of Plaintiff's Complaint as follows:

  As set forth more fully in the accompanying Memorandum of Law, Counts I, II and V of Plaintiff's Complaint should be dismissed for failure to state a plausible claim upon which relief may be granted against Defendants.

  WHEREFORE, Defendants, CREATIVE DOOR & MILLWORK, LLC and CREATIVE DOOR & MILLWORK INSTALLATIONS, LLC, respectfully request that the Court grant this Motion to Dismiss, dismiss Counts I, II, and V of Plaintiff's Complaint with prejudice, award Defendants their reasonable attorneys' fees and costs

pursuant to 29 U.S.C. §216(b), Fla. Stat. §448.104, Fla. Stat. §772.185, and other applicable law, and for such further relief as this Court deems just and proper.

Dated this 31st day of August 2015.

                COHEN & GRIGSBY, P.C.
                Attorneys for Defendants

                /s/ Kelley Geraghty Price
                KELLEY GERAGHTY PRICE, ESQ.
                Florida Bar No. 889539
                Mercato – Suite 6200
                9110 Strada Place
                Naples, Florida 34108-2938
                (239) 390-1913 – Telephone
                (239) 390-1901 – Facsimile
                E-mail: kprice@cohenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by e-service through CM/ECF service via Electronic Delivery by the Court, this 31st day of August, 2015, upon the following:

Steven A. Ramunni, Esq.
Florida Bar No. 396702
Kahle & Ramunni, PA
Suite 101
1533 Hendry Street
Fort Myers, FL  33901
Email: ecf@kahleramunni.com

/s/ Kelley Geraghty Price

2158251.v1

3